UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DOROTHY BLAINE,

    Plaintiff,

vs.

RISE CREDIT, *et al.*,

    Defendants.

Case No. 3:21-cv-226

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

**ORDER: CONDITIONALLY DISMISSING THIS CASE AS TO DEFENDANT RISE CREDIT**

---

The Court, having been advised that Plaintiff has settled her claims with Defendant Rise Credit, **ORDERS** that this action as to Rise Credit is hereby **DISMISSED**, with prejudice, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

Date: September 14, 2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge