UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DOROTHY BLAINE,

    Plaintiff,                                                        Case No. 3:21-cv-226

vs.

TRANS UNION, LLC,                         District Judge Michael J. Newman
                                                                             Magistrate Judge Sharon L. Ovington

    Defendant.

_____

### ORDER: CONDITIONALLY DISMISSING THIS CASE
_____

       The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. All forthcoming hearings and deadlines are hereby **VACATED.**

       **IT IS SO ORDERED.**

Date:  October 26, 2021                                   s/Michael J. Newman
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge