UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DOROTHY BLAINE,

    Plaintiff,

vs.

RISE CREDIT, *et al.*,

    Defendants.

Case No. 3:21-cv-226

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Dorothy Blaine, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

**IT IS, THEREFORE, ORDERED** that all claims of Plaintiff Dorothy Blaine against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Dorothy Blaine and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

    **IT IS SO ORDERED.**

  December 10, 2021                        s/Michael J. Newman
                                                          Hon. Michael J. Newman
                                                           United States District Judge

DISTRIBUTION TO:

| Thomas G. Widman, Esq. | William M. Huse, Esq. |
|---|---|
| thomas.w@gitmeidlaw.com | whuse@schuckitlaw.com |